**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OVERSTREET ELECTRIC CO., INC.,** | : | |
| **dba OVERSTREET ENGINEERING &** | : | |
| **CONSTRUCTION, INC.** | : | **04-1067 C** |
| | : | |
| **v.** | : | **Judge Loren A. Smith** |
| | : | |
| **THE UNITED STATES** | : | |
| | : | |

## DISCLOSURE STATEMENT

Counsel for the Plaintiff states that there is no parent corporation or any publicly held corporation that owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Date: June 29, 2004

s/Joseph A. Hackenbracht
Joseph A. Hackenbracht, Esq.
Attorney for Plaintiff