ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 20 2004
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

OVERSTREET ELECTRIC CO., INC., dba OVERSTREET ENGINEERING & CONSTRUCTION, INC.

v.

THE UNITED STATES

No. 04-1067 C

Judge Loren A. Smith

**DISCLOSURE STATEMENT**

Counsel for the Plaintiff states that there is no parent corporation or any publicly held corporation that owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Date: June 29, 2004

Michael H. Payne, Esq.
by Joseph A. Hackenbracht, Esq.
Attorney for Plaintiff

Docket No. 4-1067

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Smith
FROM: CLERK'S OFFICE

The attached was received on 7/12/04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief <u>and</u> in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ______________________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. _X_ This case has been designated as an ***ECF*** case.
8. ____ ______________________________

I.T.
Deputy Clerk

To: CLERK'S OFFICE

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***

***(Note - This is a separately written order)***

______ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

______ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

______ Returned to party for correction of defect(s).

Signature

7/19/04 JUL 2 0 2004

Date

RECEIVED
DATE: JUL 1 9 2004
AFTER 2:00PM
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS