# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **OVERSTREET ELECTRONIC CO. INC., DBA OVERSTREET ENGINEERING & CONSTRUCTION, INC.** | * | |
| *Plaintiffs,* | * | Case No. 04-1067C |
| v. | * | Senior Judge Loren A. Smith |
| | * | Filed: Tuesday, September 21, 2004 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to respond to Plaintiff's Complaint. Defendant's responsive pleading is now due no later than Monday, October 25, 2004.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE