# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**OVERSTREET ELECTRONIC CO. INC., DBA OVERSTREET ENGINEERING & CONSTRUCTION, INC.**
*Plaintiffs*,
v.

**THE UNITED STATES**,
*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 04-1067C

Senior Judge Loren A. Smith

Filed: Monday, January 3, 2005

**ORDER**

In accordance with the discovery time line set out it the parties' Joint Preliminary Status Report, the Court hereby ORDERS parties to participate in a telephonic status conference, Wednesday, November 30, 2005 at 3:30pm in order to update the Court on possible dispositive motions.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE