# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
*
**OVERSTREET ELECTRONIC CO. INC.,** *
**DBA OVERSTREET ENGINEERING** & *
**CONSTRUCTION, INC.** *
*Plaintiffs*, * Case No. 04-1067C
v. *
* Senior Judge Loren A. Smith
*
* Filed: Friday, January 28, 2005
**THE UNITED STATES**, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

In accordance with the schedule set out by both parties in their December 12, 2004 Joint Preliminary Status Report, the Court hereby **ORDERS** the following: Parties are to complete depositions of their fact witnesses by Thursday, June 30, 2005, to exchange reports of their designated experts by Monday, August 1, 2005, and to complete depositions of those experts by October 31, 2005. At the conclusion of this discovery schedule, the parties are to participate in the telephonic status conference set by earlier Court order.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE