IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OVERSTREET ELECTRIC COMPANY, INC.,ETC., | ) | |
| | ) | No. 04-1067C |
| v. | ) | (Senior Judge Smith ) ) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1), the parties stipulate and agree to dismiss this action upon payment by the United States in accordance with the Settlement Agreement with prejudice and without costs, attorney fees, or expenses against any party.

Respectively submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director
Authorized Representative
of the Attorney General

s/ Michael H. Payne
MICHAEL H. PAYNE, ESQ.
Starfield & Payne, P.C.
220 Commerce Dr., Suite 250
Fort Washington, PA 19034
215-542-7070

Attorney for Plaintiff

Dated: July , 2005

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: July , 2005